```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-----------------------------------------

**JESSICA KARIM,**

        **Plaintiff,**

    **- against -**

**OZONE DESIGN INC.,**

        **Defendant.**

-----------------------------------------

**23-cv-10874 (JGK)**

<u>ORDER</u>

**JOHN G. KOELTL, District Judge:**

The parties are directed to submit a Rule 26(f) report by **March 22, 2024.**

**SO ORDERED.**

**Dated:**    **New York, New York**
           **March 7, 2024**

                                     /s/ John G. Koeltl
                                        **John G. Koeltl**
                              **United States District Judge**