UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JESSICA KARIM,

                Plaintiff(s)

                                                                                        23 civ 10874 (JGK)

      -against-

OZONE DESIGN, INC.,

                Defendant(s).
------------------------------------------------------------X

## ORDER

A scheduling order having been entered on April 5, 2024,

The conference scheduled for April 25, 2024, at 3:00pm, is canceled.

**SO ORDERED.**

                                                                  **JOHN G. KOELTL**
                                                **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         April 11, 2024