```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------

JESSICA KARIM, ON BEHALF OF HERSELF
AND ALL OTHERS SIMILARLY SITUATED,    23-cv-10874 (JGK)

        Plaintiff,    ORDER

   - against -

OZONE DESIGN, INC.,

        Defendant.

------------------------------------

JOHN G. KOELTL, District Judge:

   Pursuant to the Scheduling Order in this case (ECF No. 12), the time to complete expert discovery was September 24, 2024.

   The parties are directed to submit a status report by Monday, **October 7, 2024.**

SO ORDERED.

Dated:   New York, New York
        September 26, 2024

                       /s/ John G. Koeltl
                       John G. Koeltl
                       United States District Judge